IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHADAWN POWELL,<br><br>      Plaintiff,<br><br>v.<br><br>**VALDOSTA CITY SCHOOL DISTRICT, SUPERINTENDENT DR. WILLIAM O. CASON, Individually and in his Official Capacity, PRINCIPAL JOHN L. DAVIS, and MS. KATIE L. CHAPPUS, Individually and in her Official Capacity**,<br><br>      Defendants. | Civil Action No. 7:13-CV-53 (HL) |

### ORDER

Before the Court are Defendants' Motion for Summary Judgment (Doc. 27) and <u>Daubert</u> Motion to Exclude Testimony of Angela Delvin-Brown (Doc. 26). The parties are ordered to file complete copies of any deposition they rely on in support of, or in opposition to, these motions, including but not necessarily limited to the depositions of the following persons: Plaintiff Shadawn Powell, Defendant William Cason, Defendant John Davis, Defendant Katie Chappuis, Sheila Lawson, Laura Lucas, Francisco Diaz, and Judie Pittman. The parties are also ordered to file all of the exhibits to these depositions. The depositions and exhibits must be filed not later than September 12, 2014.

**SO ORDERED**, this the 5th day of September, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr